IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**GONZALO RODRIGUEZ-TOLEDO,**<br><br>*Defendant*. | **CRIMINAL ACTION NO.**<br>**5:14-cr-00062-TES-CHW** |

**ORDER GRANTING MOTION TO DISMISS INDICTMENT**

Before the Court is the Government's Motion to Dismiss Indictment [Doc. 31] against Defendant Gonzalo Rodriguez-Toledo without prejudice pursuant to Federal Rule of Criminal Procedure 48(a), based on Defendants' fugitive status. *See* [Doc. 31]. After due consideration, the Court **GRANTS** the Government's Motion [Doc. 31], and the pending Indictment [Doc. 1] against Defendant Gonzalo Rodriguez-Toledo is **DISMISSED without prejudice**.

    **SO ORDERED**, this 16th day of May, 2023.

                                          S/ Tilman E. Self, III
                                          **TILMAN E. SELF, III, JUDGE**
                                          **UNITED STATES DISTRICT COURT**